UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN WALSH and AAA BAILMASTER BAIL BONDS, LLC,, | |
| Plaintiffs, | CIVIL ACTION NO. 3:22-cv-00513 |
| v. | (SAPORITO, C.M.J.) |
| DEIRDRE CURRAN, JOSEPHINE CASTELLANO, ABSOLUTE BONDS, LLC and ABA BAIL BONDS, LLC, | |
| Defendants. | |

## ORDER AND DECREE OF SPECIFIC PERFORMANCE

AND NOW, this 29th day of March, 2024, upon consideration of the pleadings, testimony, and evidence presented at trial, and in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The clerk shall enter **JUDGMENT** in favor of the plaintiffs and against the defendants on all counts of the complaint and counterclaim;

2. It is **DECLARED** that the parties entered into a valid and binding "Contract for Sale of Advertisement" on June 18, 2021, a true and correct copy of which was submitted into evidence as Trial Exhibit P-

1 (the "Contract"); and

    3.    It is **DECREED** that the defendants shall comply with the terms of the restrictive covenant set forth at paragraph 16(a) of the Contract, which provides in substance that the defendants shall not reestablish, reopen, become engaged, employed or in any other manner whatsoever be interested, directly or indirectly, in the same or similar business as that sold to the plaintiffs within the state of Pennsylvania for a period of five (5) years from the date of closing of the Contract, June 18, 2021—provided, however, that this decree of specific performance is **CONDITIONED** upon the plaintiffs' payment to the defendants of the remaining $60,000 balance due under the Contract.

                                          *s/Joseph F. Saporito, Jr.*
                                          JOSEPH F. SAPORITO, JR.
                                          Chief United States Magistrate Judge